**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Health Care Assurance, L.L.C.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Douglas Manor** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **06-1479014** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **1781 Highland Ave, Suite 206** <br> **Cheshire, CT 06410** <br> Number, Street, City, State & ZIP Code <br><br> **New Haven** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> **103 North Road Windham, CT 06280** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership <br> ☐ Other. Specify: _____ |

Debtor  **Health Care Assurance, L.L.C.**     Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

     __6231__

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ☐ No.
- ■ Yes.

If more than 2 cases, attach a separate list.

| | | | | | |
|---|---|---|---|---|---|
| District | **Connecticut** | When | **10/14/08** | Case number | **08-22179** |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **See Attachment** | | | Relationship to you | |
| District | | When | | Case number, if known | |

Debtor  **Health Care Assurance, L.L.C.**                                    Case number (*if known*) _____
      Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?**   _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency   _____
      Contact name   _____
      Phone   _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Health Care Assurance, L.L.C.**
Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 13, 2016**
MM / DD / YYYY

**X /s/ Benjamin Fischman**                              **Benjamin Fischman**
Signature of authorized representative of debtor          Printed name

Title **Managing Member**

**18. Signature of attorney**

**X /s/ Elizabeth J. Austin**                             Date **January 13, 2016**
Signature of attorney for debtor                          MM / DD / YYYY

**Elizabeth J. Austin**
Printed name

**Pullman & Comley, LLC**
Firm name

**850 Main Street**
**8th Floor**
**Bridgeport, CT 06604**
Number, Street, City, State & ZIP Code

Contact phone **203-330-2000**     Email address **eaustin@pullcom.com**

**ct04384**
Bar number and State

Debtor **Health Care Assurance, L.L.C.**  Case number (*if known*) _____
      Name

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Benjamin Fischman** |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (if known) | |

☐ Check if this is an amended filing

# FORM 101. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **Affinity Healthcare Management, Inc.** | | | Relationship to you | **Affiliate** |
|---|---|---|---|---|---|
| District | **Connecticut** | When | **1/13/16** | Case number, if known | |
| Debtor | **Health Care Alliance, Inc.** | | | Relationship to you | **Affiliate** |
| District | **Connecticut** | When | **1/13/16** | Case number, if known | |
| Debtor | **Health Care Investors, Inc.** | | | Relationship to you | **Affiliate** |
| District | **Connecticut** | When | **1/13/16** | Case number, if known | |
| Debtor | **Health Care Reliance, L.L.C.** | | | Relationship to you | **Affiliate** |
| District | **Connecticut** | When | **1/13/16** | Case number, if known | |

**Fill in this information to identify the case:**

Debtor name: **Health Care Assurance, L.L.C.**
United States Bankruptcy Court for the: **DISTRICT OF CONNECTICUT**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders      12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| CT Support Services Holdings, LLC<br>Attn: Officer, General or Managing Agent<br>786 West Queen St<br>Southington, CT 06489 | | | | | | $84,915.79 |
| Gerimedix, Inc.<br>Attn: Officer, General or Managing Agent<br>5 Hollywood Court<br>South Plainfield, NJ 07080 | | | | | | $64,512.52 |
| Windham Community Hospital<br>Attn: Officer, General or Managing Agent<br>112 Mansfield Ave<br>Willimantic, CT 06226 | | | | | | $58,615.16 |
| Omnicare of Connecticut<br>Attn: Officer, General or Managing Agent<br>525 Knotter Drive<br>Cheshire, CT 06410 | | | | | | $54,392.33 |

Debtor  **Health Care Assurance, L.L.C.**                                   Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Thurston Foods, Inc.** Attn: Officer, General or Managing Agent 30 Thurston Drive Wallingford, CT 06492 | | | | | | $36,665.11 |
| **Eversource** Attn: Officer, General or Managing Agent 56 Prospect St Hartford, CT 06103 | | | | | | $26,979.09 |
| **Foremost Rehab, LLC** Attn: Officer, General or Managing Agent 1157 Highland Ave Cheshire, CT 06410 | | | | | | $25,683.36 |
| **Ambulance Service of Manchester, LLC** Attn: Officer, General or Managing Agent 275 New State Road Manchester, CT 06042 | | | | | | $21,203.59 |
| **American Plan** Attn: Officer, General or Managing Agent 18 Heywrad Street Brooklyn, NY 11249 | | | | | | $21,078.80 |
| **Triple A Supplies, Inc.** Attn: Officer, General or Managing Agent 50 Jeanne Drive Newburgh, NY 12550 | | | | | | $20,684.36 |
| **4D Pharmacy Mngt Systems** Attn: Officer, General or Managing Agent c/o Magellan RX Management, Inc. 2520 Industrial Row Dr Troy, MI 48084 | | | | | | $20,684.36 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor **Health Care Assurance, L.L.C.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Crest Mechanical**<br>**Attn: Officer, General or Managing Agent**<br>**41 Walnut St**<br>**Hartford, CT 06120** | | | | | | $18,421.41 |
| **Accent**<br>**Attn: Officer, General or Managing Agent**<br>**11808 Miracle Hills Dr**<br>**Omaha, NE 68154** | | | | | | $15,504.00 |
| **Clinical Laboratory**<br>**Attn: Officer, General or Managing Agent**<br>**c/o Nair & Levin**<br>**707 Bloomfield Ave**<br>**Bloomfield, CT 06002** | | | | | | $11,761.08 |
| **Whittlesey & Hadley PC**<br>**Attn: Officer, General or Managing Agent**<br>**280 Trumbull St, 24th Floor**<br>**Bloomfield, CT 06002** | | | | | | $9,400.00 |
| **IPFS Corporation**<br>**Attn: Officer, General or Managing Agent**<br>**1055 Broadway, 11th Floor**<br>**Kansas City, MO 64105** | | | | | | $7,851.10 |
| **Maple Hill Farms, Inc**<br>**Attn: Officer, General or Managing Agent**<br>**12 Burr Rd**<br>**Bloomfield, CT 06002** | | | | | | $7,043.37 |
| **Peter Jones, MD**<br>**14 Quarry St.**<br>**Willimantic, CT 06226** | | | | | | $6,900.00 |

Debtor  **Health Care Assurance, L.L.C.**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Matrixcare**<br>**Attn: Officer, General or Managing Agent**<br>**10900 Hampshire Ave S #100**<br>**Minneapolis, MN 55438** | | | | | | **$6,182.72** |

```
4D Pharmacy Mngt Systems
Attn: Officer, General or Managing Agent
c/o Magellan RX Management, Inc.
2520 Industrial Row Dr
Troy, MI 48084


Accent
Attn: Officer, General or Managing Agent
11808 Miracle Hills Dr
Omaha, NE 68154


Ambulance Service of Manchester, LLC
Attn: Officer, General or Managing Agent
275 New State Road
Manchester, CT 06042


American Plan
Attn: Officer, General or Managing Agent
18 Heywrad Street
Brooklyn, NY 11249


Benjamin Fischman
260 Central Ave #301
Lawrence, NY 11559


Chow Ju Fa Chen
1435 Rancho Road
Arcadia, CA 91006


Clinical Laboratory
Attn: Officer, General or Managing Agent
c/o Nair & Levin
707 Bloomfield Ave
Bloomfield, CT 06002


Crest Mechanical
Attn: Officer, General or Managing Agent
41 Walnut St
Hartford, CT 06120


CT Support Services Holdings, LLC
Attn: Officer, General or Managing Agent
786 West Queen St
Southington, CT 06489
```

```
Eversource
Attn: Officer, General or Managing Agent
56 Prospect St
Hartford, CT 06103


Foremost Rehab, LLC
Attn: Officer, General or Managing Agent
1157 Highland Ave
Cheshire, CT 06410


Gela Potrowicz
1468 East 9th St
Brooklyn, NY 11230


Gerimedix, Inc.
Attn: Officer, General or Managing Agent
5 Hollywood Court
South Plainfield, NJ 07080


Internal Revenue Service
135 High Street
Stop 155
Hartford, CT 06103


IPFS Corporation
Attn: Officer, General or Managing Agent
1055 Broadway, 11th Floor
Kansas City, MO 64105


Maple Hill Farms, Inc
Attn: Officer, General or Managing Agent
12 Burr Rd
Bloomfield, CT 06002


Matrixcare
Attn: Officer, General or Managing Agent
10900 Hampshire Ave S #100
Minneapolis, MN 55438


Omnicare of Connecticut
Attn: Officer, General or Managing Agent
525 Knotter Drive
Cheshire, CT 06410
```

```
Peter Jones, MD
14 Quarry St.
Willimantic, CT 06226


Revenue Management Solutions, LLC
c/o Healthcare Management Solutions, Inc
Attn: Frank Galluzzo
8 Research Parkway
Wallingford, CT 06492


Samuel Strasser
1028 Ocean Parkway
Brooklyn, NY 11230


State of Connecticut
Department of Labor
200 Folly Brook Blvd
Wethersfield, CT 06109


State of Connecticut
Health & Human Services
410 Capital Avenue
Hartford, CT 06106


Stephen Kindseth, Esq.
Zeisler & Zeisler, PC
10 Middle St, 15th Floor
Bridgeport, CT 06604


Susan L. Rubin
105-67 Flatlands 5th St.
Brooklyn, NY 11236


Thurston Foods, Inc.
Attn: Officer, General or Managing Agent
30 Thurston Drive
Wallingford, CT 06492


Toby Hersh
1737 East 23rd St
Brooklyn, NY 11229


Triple A Supplies, Inc.
Attn: Officer, General or Managing Agent
50 Jeanne Drive
Newburgh, NY 12550
```

```
Tziporah Greene
1543 East 23rd St
Brooklyn, NY 11229


Whittlesey & Hadley PC
Attn: Officer, General or Managing Agent
280 Trumbull St, 24th Floor
Bloomfield, CT 06002


Windham Community Hospital
Attn: Officer, General or Managing Agent
112 Mansfield Ave
Willimantic, CT 06226
```

# United States Bankruptcy Court
### District of Connecticut

In re  **Health Care Assurance, L.L.C.**                                      Case No.
                                   Debtor(s)                                   Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Health Care Assurance, L.L.C.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **January 13, 2016** | **/s/ Elizabeth J. Austin** |
| Date | **Elizabeth J. Austin ct04384** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Health Care Assurance, L.L.C.** |
| | **Pullman & Comley, LLC** |
| | **850 Main Street** |
| | **8th Floor** |
| | **Bridgeport, CT 06604** |
| | **203-330-2000 Fax:203-576-8888** |
| | **eaustin@pullcom.com** |